United States District Court

Eastern District of California

Rueben Roberts,

      Petitioner,                No. Civ. S-05-0662 GEB PAN P

  vs.                           Order

People of the State
of California,

      Respondent.

-oOo-

    Petitioner, a prisoner without counsel, seeks to commence a habeas corpus proceeding.

    To commence a habeas corpus proceeding, a petitioner must pay the $5.00 filing fee required by 28 U.S.C. § 1914(a) or request leave of court to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

    Petitioner has neither paid the fee nor submitted an

1 application for leave to proceed in forma pauperis.
2     Within 30 days from the day this order is signed petitioner
3 may submit either the filing fee or the application required by
4 section 1915(a).  The clerk of the court is directed to mail to
5 petitioner a form application for leave to proceed in forma
6 pauperis.  Failure to comply with this order will result in this
7 file being closed.
8     So ordered.
9     Dated:  April 26, 2005.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge