United States District Court

Eastern District of California

Rueben Roberts,

        Petitioner,                    No. Civ. S 05-0662 GEB PAN P

  vs.                                 Findings and Recommendations

People of the State
of California,

        Respondent.

-oOo-

    April 5, 2005, petitioner filed an application for a writ of habeas corpus without the required filing fee or a request for leave to proceed in forma pauperis. April 27, 2005, the court gave petitioner 30 days either to submit the required filing fee or to submit a proper application to proceed in forma pauperis.

    The 30 days have passed and petitioner has not submitted either the filing fee or an application for leave to proceed in forma pauperis.

    I therefore recommend this action be dismissed without

prejudice.

Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these findings and recommendations are submitted to the United States District Judge assigned to this case.  Written objections may be filed within 20 days of service of these findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated:   July 12, 2005.

                          /s/ Peter A. Nowinski
                          PETER A. NOWINSKI
                          Magistrate Judge