United States District Court

Eastern District of California

Rueben Roberts,

     Petitioner,                    No. Civ. S 05-0662 GEB PAN P

  vs.                            Order

People of the State
of California,

     Respondent.

-oOo-

    April 5, 2005, petitioner filed a petition for a writ of habeas corpus challenging a January 2002 judgment revoking his probation and sentencing him to eight years in prison.

    Having reviewed the petition in this case and in <u>Roberts v. Carey</u>, Civ. S 04-2232 MCE PAN P, I find the petition in this case challenges the same judgment.

    Accordingly, the Clerk of the Court is directed to place the

///

///

April 5, 2005, petition and attachments into the file in <u>Roberts v. Carey</u>, Civ. S 04-2232 MCE PAN P and to close the instant case.

So ordered.

Dated:  August 30, 2005.

                                           <u>/s/ Peter A. Nowinski</u>
                                           PETER A. NOWINSKI
                                           Magistrate Judge