United States District Court

Eastern District of California

Rueben Roberts,

     Petitioner,            No. Civ. S 05-0662 GEB PAN P

   vs.                       Order

People of the State
of California,

     Respondents.

-oOo-

    April 5, 2005, petitioner filed an application for a writ of habeas corpus.  August 31, 2005, the court determined the application challenges the same judgment as the application in Roberts v. Carey, Civ. S 04-2232 MCE PAN P, directed the application in this case be placed in the file for the other case and that this case be closed.  The Clerk of the Court moved the application to the other case and closed this one.

    September 8, 2005, petitioner filed a motion to proceed in forma pauperis.

1      Since the case is closed, petitioner's September 8, 2005,

2  motion is denied.

3      So ordered.

4      Dated:  November 29, 2005.

5                     /s/ Peter A. Nowinski

6                     PETER A. NOWINSKI
Magistrate Judge